IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 Cr. No. 03-20228-B

JACQUELINE CAROL YAGAR,

    Defendant.

### RECOMMENDATION OF FURLOUGH

For good cause shown, it is recommended that the above named defendant be granted a furlough in order to facilitate re-sentencing. Should a furlough be granted, the sentencing hearing in this matter will hereby **be SET** for Wednesday, May 25, 2005, at 3:00 p.m.

It is so **RECOMMENDED**, this the 23 day of May, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-24-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CR-20228 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT